**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: BABY L. | : | No. 396 MAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: B.E., BIOLOGICAL | : | the Order of the Superior Court |
| FATHER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

    The Petition for Permission to File an Answer to the Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.